## Commonwealth v. Kopystecki, Appellant.

Submitted June 8, 1970. *William J. Gallagher*, for appellant; *William H. Lamb*, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on

the issues raised by the original or an amended post-conviction petition.